UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW HECTOR | |
| Plaintiff, | 15-cv-3979 |
| v. | Honorable Gary Feinerman |
| UNIFIN, INC., | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Matthew Hector ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 5th day of August, 2015

    Respectfully Submitted,

    s/ Daniel J. McGarry
    Daniel J. McGarry, Esq.
    Sulaiman Law Group, Ltd.
    900 Jorie Boulevard
    Suite 150
    Oak Brook, IL 60523
    (630) 575-8181
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.