# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW HECTOR, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:15-cv-03979 |
| ) | |
| ) | Honorable Judge Gary Feinerman |
| UNIFIN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, MATTHEW HECTOR ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and in support of Plaintiff's stipulation of dismissal, states as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41, hereby stipulates to the dismissal of his claims against the Defendant with prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 26, 2015

Respectfully Submitted,

/s/ Daniel J. McGarry
Daniel J. McGarry, Esq. ARDC# 6309647
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188